```
                              United States Bankruptcy Court
                              Eastern District of New York

In re:                                                          Case No. 15-44600-nhl
Robert W Evangelista                                            Chapter 7
        Debtor              CERTIFICATE OF NOTICE

District/off: 0207-1           User: admin              Page 1 of 2            Date Rcvd: Jan 07, 2016
                               Form ID: 318DF7          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2016.
db             +Robert W Evangelista,    50 Hawthorne Ave,    Staten Island, NY 10314-1810
smg            +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
                 Brooklyn, NY 11201-3719
smg            +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
smg            +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
8676325        +Alliance Receivable Management Inc,    P O Box 11641,    Tacoma, WA 98411-6641
8683393        +CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,     BANKRUPTCY GROUP,
                 4 IRVING PLACE, ROOM 1875-S,    NEW YORK, NY 10003-3502
8676328        +Cach, Llc,   C/O Daniels Norelli Scully & Cecere, PC,     1 Old Country Road, Suite LL5,
                 Carle Place, NY 11514-1806
8676332        +Consolidated Edison Company Of NY,    4 Irving Place,    New York, NY 10003-3502
8676333        +E-Z Pass,   New York Sevices Center,    P O Box 15185,    Albany, NY 12212-5185
8676334        +Ex[Ress Merchant Processing Services,    P O Box 17548,    Denver, CO 80217-0548
8676335        +FBCS,   330 S. Warminster Rd, Ste 353,    Hatboro, PA 19040-3433
8676339       ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
                (address filed with court: Forster & Garbus LLP,      60 Motor Parkway,    Commack, NY  11725)
8676336        +FedEx,   P O Box 371461,    Pittsburgh, PA 15250-7461
8676337        +First Data,   265 Broad Hollow R,    Melville, NY 11747-4833
8676338        +First Data Global Leasing,    P O Box 173845,    Denver, CO 80217-3845
8676343        +Oscar  Crespo, Jr,    282 Ramapo Avenue,    Staten Island, NY 10309-2108
8676344        +Peter Tesoriero, CPA,    1142 Hylan Blvd,    Staten Island, NY 10305-2031
8676348        +RMS,   305 Fellowship Road, #100,    P O Box 5471,    Mount Laurel, NJ 08054-5471
8676346        +Richmond University,    Medical Center,    P O Box 786051,    Philadelphia, PA 19178-6051
8676349        +Santander,   P O Box 12768,    Reading, PA 19612-2768
8676350         Santander Bank, NA,    P O Box 16255,    Reading, PA  19612-6255
8676352        +Vengroff Williams,    P O Box 4155,    Sarasota, FL 34230-4155
8676355        +Verzion Wireless,    P O Box 408,    Newark, NJ 07101-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jan 07 2016 18:13:41
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
8676329        +EDI: CHASE.COM Jan 07 2016 18:13:00      Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
8676330        +EDI: CHASE.COM Jan 07 2016 18:13:00      Chase/best Buy,    Po Box 15298,
                 Wilmington, DE 19850-5298
8676331        +EDI: CITICORP.COM Jan 07 2016 18:13:00      Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
8676342        +E-mail/Text: bankruptcydepartment@tsico.com Jan 07 2016 18:13:57      NCO Financial Systems,
                 P O Box 15618,    Wilmington, DE 19850-5618
8676345        +EDI: PRA.COM Jan 07 2016 18:13:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4962
8676347        +EDI: RMCB.COM Jan 07 2016 18:13:00      RMCB,   P O Box 1235,    Elmsford, NY 10523-0935
8676732         EDI: RMSC.COM Jan 07 2016 18:13:00      Synchrony Bank,    c/o Recovery Management Systems Corp.,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
8676351        +E-mail/Text: bankruptcydepartment@tsico.com Jan 07 2016 18:13:58      Transworld Systems Inc,
                 P O Box 15110,    Wilmington, DE 19850-5110
8676353        +EDI: VERIZONCOMB.COM Jan 07 2016 18:14:00      Verizon,   P O Box 15124,    Albany, NY 12212-5124
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8676326       ##+Allied Intersrare LLC,    P O Box 4000,    Warrenton, VA 20188-4000
8676327       ##+Allied Interstate LLC,    P O Box 4000,    Warremton, VA 20188-4000
8676340       ##+Law Offices Of Steven Cohen, LLC,    4197 Third Ave,    Bronx, NY 10457-6221
8676341        ##Mobile Mini, Inc,    P O Box 79149, Suite 101,    Phoenix, AZ  85062-9149
8676354        ##Verzion,   P O Box 1100,    Albany, NY  12250-0001
                                                                                   TOTALS: 0, * 0, ## 5

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0207-1          User: admin                Page 2 of 2              Date Rcvd: Jan 07, 2016
                              Form ID: 318DF7            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2016 at the address(es) listed below:
              Kevin B Zazzera    on behalf of Debtor Robert W Evangelista kzazz007@yahoo.com
              Lori Lapin Jones   ljones@jonespllc.com,  lljones@ecf.epiqsystems.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                        TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert W Evangelista** | Social Security number or ITIN **xxx–xx–2324** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York 271–C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201–1800 | | |
| Case number:   **1–15–44600–nhl** | | Chapter:   **7** |

# Order of Discharge and Final Decree

Revised: 12/15

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

   Robert W Evangelista
   aka Robert Burkey

**IT IS FURTHER ORDERED**:

- Lori Lapin Jones (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above–named debtor(s) is closed.

**BY THE COURT**

Dated: January 7, 2016

s/ Nancy Hershey Lord
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A CHAPTER 7 CASE**

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318DF7        **Chapter 7 Order of Discharge and Final Decree**        page 2